**Order entered October 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00351-CV

### MELINDA LEHYE AND ALL OCCUPANTS, Appellant

### V.

### CITIMORTGAGE, INC., Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06692-D**

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot appellee's second motion to dismiss appeal.

/s/　　ERIN A. NOWELL
　　　　JUSTICE